1  BRENDA H. ENTZMINGER
Nevada Bar No. 9800
2  AMTOJ S. RANDHAWA, ESQ.
Nevada Bar No. 13746
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
Las Vegas, Nevada 89101
5  (702) 938-1510

6  *Attorneys for Defendant*
7  *Wal-Mart Stores, Inc.*

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 DANIELLE JORGENSEN and EBODIO         Case No.: 2:15-CV-00198-RFB-PAL
   MENDOZA,
11
                Plaintiffs,
12 v.                                    **STIPULATION AND ORDER FOR**
                                         **DISMISSAL WITH PREJUDICE**
13 WAL-MART STORES, INC., a Delaware
   corporation, dba WAL-MART STORE #2837;
14 DOES EMPLOYEES I through X; and ROE
   CORPORATIONS XI through XX,
15
16              Defendants.

17     IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

18 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

19
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

- 1 -

party's own costs and attorney's fees.

DATED this 3 day of August, 2015.          DATED this 11th day of August, 2015.

WAX LAW                                     PHILLIPS, SPALLAS & ANGSTADT

_____                   _____
Adam J. Wax, Esq.                           Amtoj S. Randhawa, Esq.
400 S. Fourth Street, Suite 500             504 South Ninth Street
Las Vegas, Nevada 89101                     Las Vegas, Nevada 89101
Attorneys for Plaintiffs                    Attorneys for Defendant
Danielle Jorgensen and                      Wal-Mart Stores, Inc.
Ebodio Mendoza

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 27th day of August, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE